WARREN METLITZKY (CA Bar No. 220758)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Tel:  (415) 343-7100
Fax:  (415) 343-7101
Email: wmetlitzky@conmetkane.com

*Attorney for Lyft, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JANE DOE (C.M.), an individual, | Case No. 4:25-cv-07396-HSG |
| Plaintiff, | **STIPULATION AND ORDER FOR TEMPORARY STAY OF CASE (as modified)** |
| v. | |
| LYFT, INC., a Delaware Corporation; and DOES 1 through 50, Inclusive, | |
| Defendants. | |

Under Local Rule 7-12, the parties hereby stipulate to, and respectfully request, a stay of the proceeding as follows:

WHEREAS, Jane Doe NLG (C.M.) filed this action against Lyft, Inc. on September 3, 2025;

WHEREAS, the Court has ordered the parties to file a joint case-management statement by December 2, 2025, and has set an initial case-management conference for December 9, 2025;

WHEREAS, the parties currently are participating in ongoing discussions regarding potential resolution of this matter. In light of those discussions, the parties request that the Court temporarily stay this matter for 120 days, continue the upcoming case-management conference, and extend Lyft's responsive-pleading deadline by 120 days;

WHEREAS, the temporary stay will avoid unnecessary expenditure of judicial resources while the parties discuss resolution;

WHEREAS, good cause exists for the temporary stay, as it will preserve judicial and party resources;

WHEREAS, Lyft reserves all jurisdictional and other defenses in this matter; and

WHEREAS, Plaintiff reserves all rights with respect to their claims, including those pleaded as to Lyft.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the Parties that:

1. This matter be temporarily stayed for 120 days;

2. The December 9, 2025 initial case-management conference be continued to March 24, 2026, or a date soon thereafter the Court deems appropriate.

3. All case-management deadlines be continued and reset consistent with the rescheduled case-management conference; and

4. Lyft's responsive pleading deadline be extended to March 25, 2026.

**IT IS SO STIPULATED.**

Dated:  November 26, 2025	Respectfully submitted,

**CONRAD | METLITZKY | KANE LLP**

By: */s/ Warren Metlitzky*
Warren Metlitzky

*Attorney for Lyft, Inc.*


**NACHAWATI LAW GROUP**

By: */s/ Arati Furness*
Arati Furness (CA Bar No. 225435)
John Raggio (CA Bar No. 338261)
5489 Blair Road, Dallas, TX 75231
Phone: (214) 890-0711
Direct: (972) 581-9778
Email: afurness@ntrial.com
Email: jraggio@ntrial.com

*Attorneys for Plaintiff Jane Doe (C.M.)*

## **ATTESTATION**

Under Civil Local Rule 5-1(i)(3), I hereby attest that each of the other signatories have concurred in the filing of this document.

DATED:  November 26, 2025	    */s/ Warren Metlitzky*
	    Warren Metlitzky

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The parties are further DIRECTED to file a status report within 48 hours of the hearing before the Judicial Panel on Multidistrict Litigation.

DATE:  12/10/2025

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE